# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of May, two thousand eleven.

Before: Robert A. Katzmann,
       Reena Raggi,
       Raymond J. Lohier, Jr.,

      *Circuit Judges,*

_____

Daniel Williams, Edward Williams,

     Plaintiff - Appellant,

v.

International Gun-A-Rama, Kimberly Upshaw, James Nigel Bostic, Cornell Caldwell, John Doe Traffickers 1-10,

     Defendants,

Beemiller, Inc., DBA HI-POINT, Charles Brown, MKS Supply, Inc.,

     Defendants - Appellees.

**ORDER**
Docket No. 10-1339

_____

IT IS HEREBY ORDERED that the Appellants' application for bill of costs is DENIED.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/11/2011